No. 04–5618. UMOREN v. HINES, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–5621. DAVIS v. POWELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–5624. CRENSHAW v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5635. JOHNSON v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–5636. BAKER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5637. BROWN v. WOLSTEIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–5642. RIVERS v. BITZEL ET AL. Sup. Ct. Pa. Certiorari denied.

No. 04–5645. DALY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5652. MAGANA CARDONA v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–5653. COLLINS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–5655. MONGE DELGADO v. WORKMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–5657. COOK v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–5660. HUTCHINSON v. FARWELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5661. HADLEY v. WALKER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.